## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 1

| Case Number: | 14-67619 WLH | Trustee: | (300370) Edwin K. Palmer |
| --- | --- | --- | --- |
| Case Name: | SHARMA, RAJESHWAR D. | Filed (f) or Converted (c): | 09/08/14 (f) |
| | | §341(a) Meeting Date: | 10/14/14 |
| Period Ending: | 09/30/17 | Claims Bar Date: | 08/22/16 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | REAL PROPERTY | 300,000.00 | 0.00 | | 0.00 | 20,000.00 |
| 2 | HOUSEHOLD GOODS AND FURNISHINGS | 4,000.00 | 0.00 | | 0.00 | FA |
| 3 | CLOTHES | 500.00 | 0.00 | | 0.00 | FA |
| 4 | WATCH | 200.00 | 0.00 | | 0.00 | FA |
| 5 | MEMBERSHIP INTEREST IN SEVERAL COMPANIES | 0.00 | 0.00 | OA | 0.00 | FA |
| 5 | Assets    Totals  (Excluding unknown values) | $304,700.00 | $0.00 | | $0.00 | $20,000.00 |

**Major Activities Affecting Case Closing:**

Following with Special Counsel who is investigating strategies to monetize the avoided transfer for the benefit of the Estate.

**Initial Projected Date Of Final Report (TFR):**  June 30, 2016      **Current Projected Date Of Final Report (TFR):**  June 30, 2018

Printed: 10/09/2017 06:44 PM    V.13.30