Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-67619 WLH  
**Case Name:** SHARMA, RAJESHWAR D.  

**Period Ending:** 09/30/18

**Trustee:** (300370) Edwin K. Palmer  
**Filed (f) or Converted (c):** 09/08/14 (f)  
**§341(a) Meeting Date:** 10/14/14  
**Claims Bar Date:** 08/22/16

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | REAL PROPERTY | 300,000.00 | 0.00 | | 0.00 | 20,000.00 |
| 2 | HOUSEHOLD GOODS AND FURNISHINGS | 4,000.00 | 0.00 | | 0.00 | FA |
| 3 | CLOTHES | 500.00 | 0.00 | | 0.00 | FA |
| 4 | WATCH | 200.00 | 0.00 | | 0.00 | FA |
| 5 | MEMBERSHIP INTEREST IN SEVERAL COMPANIES | 0.00 | 0.00 | OA | 0.00 | FA |
| 5 | **Assets** **Totals** (Excluding unknown values) | **$304,700.00** | **$0.00** | | **$0.00** | **$20,000.00** |

**Major Activities Affecting Case Closing:**

Follow with Special Counsel re settlement negotiations with Debtor's wife to purchase Trustee's interest in real property.

**Initial Projected Date Of Final Report (TFR):** June 30, 2016    **Current Projected Date Of Final Report (TFR):** September 30, 2019

Printed: 09/25/2018 02:20 PM    V.14.03