## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 1

| Case Number: | 14-67619 WLH | Trustee: | (300370) | Edwin K. Palmer |
| Case Name: | SHARMA, RAJESHWAR D. | Filed (f) or Converted (c): | 09/08/14 (f) | |
| | | §341(a) Meeting Date: | 10/14/14 | |
| Period Ending: | 09/30/19 | Claims Bar Date: | 08/22/16 | |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | REAL PROPERTY | 300,000.00 | 0.00 | | 175,000.00 | FA |
| 2 | HOUSEHOLD GOODS AND FURNISHINGS | 4,000.00 | 0.00 | | 0.00 | FA |
| 3 | CLOTHES | 500.00 | 0.00 | | 0.00 | FA |
| 4 | WATCH | 200.00 | 0.00 | | 0.00 | FA |
| 5 | MEMBERSHIP INTEREST IN SEVERAL COMPANIES | 0.00 | 0.00 | OA | 0.00 | FA |
| 5 | Assets    Totals  (Excluding unknown values) | **$304,700.00** | **$0.00** | | **$175,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Resolve claims issues.  Move case to closure.

**Initial Projected Date Of Final Report (TFR):**  June 30, 2016      **Current Projected Date Of Final Report (TFR):**  March 30, 2020

Printed: 10/10/2019 01:30 PM    V.14.50

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 14-67619 WLH | | Trustee: | Edwin K. Palmer (300370) |
|---|---|---|---|---|
| Case Name: | SHARMA, RAJESHWAR D. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******2466 - Checking Account |
| Taxpayer ID #: | **-***4506 | | Blanket Bond: | $30,203,000.00   (per case limit) |
| Period Ending: | 09/30/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/04/18 | {1} | BB&T | Proceeds per Settlement Agreement. | 1110-000 | 175,000.00 | | 175,000.00 |
| | | | **ACCOUNT TOTALS** | | 175,000.00 | 0.00 | $175,000.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 175,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$175,000.00** | **$0.00** | |

Net Receipts :   175,000.00

Net Estate :   $175,000.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******2466** | 175,000.00 | 0.00 | 175,000.00 |
| | $175,000.00 | $0.00 | $175,000.00 |

{} Asset reference(s)

Printed: 10/10/2019 01:30 PM    V.14.50