Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-67619 WLH  
**Case Name:** SHARMA, RAJESHWAR D.  

**Period Ending:** 09/30/20

**Trustee:** (300370)  Edwin K. Palmer  
**Filed (f) or Converted (c):** 09/08/14 (f)  
**§341(a) Meeting Date:** 10/14/14  
**Claims Bar Date:** 08/22/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY | 300,000.00 | 0.00 | | 175,000.00 | FA |
| 2 | HOUSEHOLD GOODS AND FURNISHINGS | 4,000.00 | 0.00 | | 0.00 | FA |
| 3 | CLOTHES | 500.00 | 0.00 | | 0.00 | FA |
| 4 | WATCH | 200.00 | 0.00 | | 0.00 | FA |
| 5 | MEMBERSHIP INTEREST IN SEVERAL COMPANIES | 0.00 | 0.00 | OA | 0.00 | FA |
| 5 | **Assets** **Totals** (Excluding unknown values) | **$304,700.00** | **$0.00** | | **$175,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Claims review.  Move case to closure.

**Initial Projected Date Of Final Report (TFR):** June 30, 2016  **Current Projected Date Of Final Report (TFR):** March 31, 2021

Printed: 10/11/2020 09:00 AM    V.20.24

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-67619 WLH | Trustee: | Edwin K. Palmer (300370) |
|---|---|---|---|
| Case Name: | SHARMA, RAJESHWAR D. | Bank Name: | Mechanics Bank |
| | | Account: | ******2466 - Checking Account |
| Taxpayer ID #: | **-***4506 | Blanket Bond: | $35,660,000.00  (per case limit) |
| Period Ending: | 09/30/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/04/18 | {1} | BB&T | Proceeds per Settlement Agreement. | 1110-000 | 175,000.00 | | 175,000.00 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 139.85 | 174,860.15 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 279.48 | 174,580.67 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 269.74 | 174,310.93 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 297.18 | 174,013.75 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 287.40 | 173,726.35 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 268.42 | 173,457.93 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 295.75 | 173,162.18 |
| | | **ACCOUNT TOTALS** | | | 175,000.00 | 1,837.82 | **$173,162.18** |
| | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 175,000.00 | 1,837.82 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$175,000.00** | **$1,837.82** | |

{} Asset reference(s)

Printed: 10/11/2020 09:00 AM    V.20.24

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 14-67619 WLH | Trustee: | Edwin K. Palmer (300370) |
|---|---|---|---|
| Case Name: | SHARMA, RAJESHWAR D. | Bank Name: | Mechanics Bank |
| | | Account: | ******2466 - Checking Account |
| Taxpayer ID #: | **-***4506 | Blanket Bond: | $35,660,000.00 (per case limit) |
| Period Ending: | 09/30/20 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   175,000.00
Net Estate :   $175,000.00

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******2466 | 175,000.00 | 1,837.82 | 173,162.18 |
| | $175,000.00 | $1,837.82 | $173,162.18 |