UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re: SHARMA, RAJESHWAR D. § Case No. 14-67619-WLH
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 08, 2014. The undersigned trustee was appointed on September 08, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $        175,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 2,114.59 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 172,885.41 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/22/2016 and the deadline for filing governmental claims was 03/07/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $12,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $12,000.00, for a total compensation of $12,000.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $366.45, for total expenses of $366.45.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/28/2020            By: /s/Edwin K. Palmer
                             Trustee, Bar No.: 560100

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-67619-WLH  
**Case Name:** SHARMA, RAJESHWAR D.

**Trustee:** (300370) Edwin K. Palmer  
**Filed (f) or Converted (c):** 09/08/14 (f)  
**§341(a) Meeting Date:** 10/14/14  

**Period Ending:** 11/28/20

**Claims Bar Date:** 08/22/16

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  12250 MEADOWS LANE, ALPHARETTA, GA  30005 | 300,000.00 | 0.00 | | 175,000.00 | FA |
| 2  HOUSEHOLD GOODS AND FURNISHINGS | 4,000.00 | 0.00 | | 0.00 | FA |
| 3  CLOTHES | 500.00 | 0.00 | | 0.00 | FA |
| 4  WATCH | 200.00 | 0.00 | | 0.00 | FA |
| 5  MEMBERSHIP INTEREST IN SEVERAL COMPANIES     Daves World Highway 9, LLC; Daves World Inc.; Nexgen Cumming, LLC; Nexgen Westside, LLC; Premium Investment; Shoppers World; Sunharrah, Inc. | 0.00 | 0.00 | OA | 0.00 | FA |
| 5  **Assets   Totals** (Excluding unknown values) | **$304,700.00** | **$0.00** | | **$175,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Claims review.  Move case to closure.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2016        **Current Projected Date Of Final Report (TFR):**   March 31, 2021

Printed: 11/28/2020 11:25 AM    V.20.24

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 14-67619-WLH | | Trustee: | Edwin K. Palmer (300370) |
| --- | --- | --- | --- | --- |
| Case Name: | SHARMA, RAJESHWAR D. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******2466 - Checking Account |
| Taxpayer ID #: | **-***4506 | | Blanket Bond: | $35,660,000.00   (per case limit) |
| Period Ending: | 11/28/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/04/18 | {1} | BB&T | Proceeds per Settlement Agreement approved by Order entered 1/22/2019 (Doc #91) | 1110-000 | 175,000.00 | | 175,000.00 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 139.85 | 174,860.15 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 279.48 | 174,580.67 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 269.74 | 174,310.93 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 297.18 | 174,013.75 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 287.40 | 173,726.35 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 268.42 | 173,457.93 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 295.75 | 173,162.18 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 276.77 | 172,885.41 |
| | | | ACCOUNT TOTALS | | 175,000.00 | 2,114.59 | $172,885.41 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 175,000.00 | 2,114.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $175,000.00 | $2,114.59 | |

| | Net Receipts : | 175,000.00 |
| --- | --- | --- |
| | Net Estate : | $175,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ******2466 | 175,000.00 | 2,114.59 | 172,885.41 |
| | $175,000.00 | $2,114.59 | $172,885.41 |

{} Asset reference(s)

Printed: 11/28/2020 11:25 AM     V.20.24

# Court Claims Register

### Case: 14-67619-WLH    SHARMA, RAJESHWAR D.

Claims Bar Date:  08/22/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | BB&T, Bankruptcy Section<br>100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894 | Secured<br>05/24/16 | Claim for money loaned, real estate, Acct #6761.  Per Order entered 1/22/2019, after payment to estate for Debtor's interest in real estate, assignment of judgment to Diva Sharma avoiding security deed of BB&T (Deed Book 42328, pgs 574-578) | $455,065.53<br>$0.00 | $0.00 | $0.00 |
|  | <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | | | | | |
|  | Edwin K. Palmer<br>P.O Box 1284<br>Decatur, GA 30031 | Admin Ch. 7<br>09/08/14 | | $12,000.00<br>$12,000.00 | $0.00 | $12,000.00 |
|  | <2100-00   Trustee Compensation>,  200 | | | | | |
|  | Edwin K. Palmer<br>P.O Box 1284<br>Decatur, GA 30031 | Admin Ch. 7<br>09/08/14 | | $366.45<br>$366.45 | $0.00 | $366.45 |
|  | <2200-00   Trustee Expenses>,  200 | | | | | |
|  | Clerk, US Bankruptcy Court<br>75 Ted Turner Drive<br>Richard B. Russell Federal Building<br>Atlanta, GA 30303 | Admin Ch. 7<br>09/08/14 | | $350.00<br>$350.00 | $0.00 | $350.00 |
|  | <2700-00   Clerk of the Court Costs (includes adversary and other filing fees)>,  200 | | | | | |
|  | Arnall, Golden, Gregory, LLP<br>171 17th Street, NW<br>Suite 2100<br>Atlanta, GA 30363 | Admin Ch. 7<br>09/08/14 | Order entered 3/14/16 approving employment (Doc #73) | $52,106.50<br>$52,106.50 | $0.00 | $52,106.50 |
|  | <3210-00   Attorney for Trustee Fees (Other Firm)>,  200 | | | | | |
|  | Arnall, Golden, Gregory, LLP<br>171 17th Street, NW<br>Suite 2100<br>Atlanta, GA 30363 | Admin Ch. 7<br>09/08/14 | Order entered 3/14/16 approving employment (Doc #73) | $219.22<br>$219.22 | $0.00 | $219.22 |
|  | <3220-00   Attorney for Trustee Expenses (Other Firm)>,  200 | | | | | |
|  | Spence Shumway<br>Stonebridge Accounting & Forensics, LLC<br>P.O. Box 1290<br>Grayson, GA 30017 | Admin Ch. 7<br>09/08/14 | Order approving employment entered 2/25/2019 (Doc #95) | $4,207.50<br>$4,207.50 | $0.00 | $4,207.50 |
|  | <3410-00   Accountant for Trustee Fees (Other Firm)>,  200 | | | | | |
|  | Spence Shumway<br>Stonebridge Accounting & Forensics, LLC<br>P.O. Box 1290<br>Grayson, GA 30017 | Admin Ch. 7<br>09/08/14 | Order approving employment entered 2/25/2019 (Doc #95) | $164.33<br>$164.33 | $0.00 | $164.33 |

# Court Claims Register

Case:  14-67619-WLH        SHARMA, RAJESHWAR D.

Claims Bar Date:  08/22/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <3420-00   Accountant for Trustee Expenses (Other Firm)>,  200 | | | | | |
| 1 | BB&T, Bankruptcy Section<br>100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/24/16 | Money loaned, Acct #0025 | $100.00<br>$100.00 | $0.00 | $100.00 |
| 3 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/08/16 | Collection for credit card, Acct #0228; original creditor Citibank (South Dakota), N.A. | $5,650.85<br>$5,650.85 | $0.00 | $5,650.85 |
| 4 -2 | Georgia Lottery Corporation (ADMINISTRATIVE)<br>250 Williams Street Ste. 3000<br><br>Atlanta, GA 30303<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/08/16 | GLC debts pursuant to O.C.G.A. Sec. 50-27-21 (a); Consent Judgment; Acct #0196 | $32,035.59<br>$32,035.59 | $0.00 | $32,035.59 |
| 5 | Steven M. Mills, P.C.<br>1550 North Brown Road Suite 130<br>Lawrenceville, GA 30046<br>Lawrenceville, GA 30043<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/20/16 | Legal services, Acct #2364; Firm of Mills & Hoops, LLC | $19,642.58<br>$19,642.58 | $0.00 | $19,642.58 |
| 6 | Thompson, O'Brien, Kemp & Nasuti, P.C.<br>40 Technology Parkway S, Suite 300<br><br>Norcross, GA 30092<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/23/16 | Legal services, Acct #9999.00096; | $8,304.81<br>$8,304.81 | $0.00 | $8,304.81 |
| 7 -3 | Cumming Investments, Inc.<br>c/o Andersen Tate & Carr, P.C.<br>1960 Satellite Blvd., Suite 4000<br>Duluth, GA<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/24/16 | Judgment entered 7/07/2014; Claim transferred 12/30/2016 | $7,340,836.31<br>$7,340,836.31 | $0.00 | $7,340,836.31 |
| 8 | Sawnee EMC<br>PO Box 266<br><br>Cumming, GA 30028<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/29/16 | Utitity service | $370.90<br>$370.90 | $0.00 | $370.90 |

# Court Claims Register

**Case: 14-67619-WLH        SHARMA, RAJESHWAR D.**

Claims Bar Date: 08/22/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/20/16 | Credit card, Acct #6001 | $34,804.40<br>$34,804.40 | $0.00 | $34,804.40 |
| 10 | State Bank & Trust Company<br>Capital Recovery Advisors<br>2400 Augusta Drive, Suite 212<br>Houston, TX 77057<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/11/16 | Judgment entered 12/12/2012, Acct #5128; Original creditor Buckhead Community Bank | $715,085.82<br>$715,085.82 | $0.00 | $715,085.82 |
| 11 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/12/16 | Credit card, Acct #5004 | $14,821.19<br>$14,821.19 | $0.00 | $14,821.19 |
| 12 | Ameris Bank<br>Capital Recovery Advisors<br>2400 Augusta Drive, Suite 212<br>Houston, TX 77057<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/12/16 | Money loaned, Acct #5128; Original creditor One Georgia Bank | $1,348,934.17<br>$1,348,934.17 | $0.00 | $1,348,934.17 |
| 13 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/16/16 | Credit card, Acct #2008 | $11,990.63<br>$11,990.63 | $0.00 | $11,990.63 |
| | | | **Case Total:** | | $0.00 | $9,601,991.25 |

**TRUSTEE'S PROPOSED DISTRIBUTION**    Exhibit D

Case No.: 14-67619-WLH
Case Name: SHARMA, RAJESHWAR D.
Trustee Name: Edwin K. Palmer

**Balance on hand:**    $    172,885.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | BB&T, Bankruptcy Section | 455,065.53 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    172,885.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Edwin K. Palmer | 12,000.00 | 0.00 | 12,000.00 |
| Trustee, Expenses - Edwin K. Palmer | 366.45 | 0.00 | 366.45 |
| Attorney for Trustee, Fees - Arnall, Golden, Gregory, LLP | 52,106.50 | 0.00 | 52,106.50 |
| Attorney for Trustee, Expenses - Arnall, Golden, Gregory, LLP | 219.22 | 0.00 | 219.22 |
| Accountant for Trustee, Fees - Spence Shumway | 4,207.50 | 0.00 | 4,207.50 |
| Accountant for Trustee, Expenses - Spence Shumway | 164.33 | 0.00 | 164.33 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

Total to be paid for chapter 7 administration expenses:    $    69,414.00
Remaining balance:    $    103,471.41

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    103,471.41

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 103,471.41 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,532,577.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | BB&T, Bankruptcy Section | 100.00 | 0.00 | 1.10 |
| 3 | PYOD, LLC its successors and assigns as assignee | 5,650.85 | 0.00 | 61.35 |
| 4 -2 | Georgia Lottery Corporation (ADMINISTRATIVE) | 32,035.59 | 0.00 | 347.73 |
| 5 | Steven M. Mills, P.C. | 19,642.58 | 0.00 | 213.21 |
| 6 | Thompson, O'Brien, Kemp & Nasuti, P.C. | 8,304.81 | 0.00 | 90.14 |
| 7 -3 | Cumming Investments, Inc. | 7,340,836.31 | 0.00 | 79,681.06 |
| 8 | Sawnee EMC | 370.90 | 0.00 | 4.03 |
| 9 | American Express Centurion Bank | 34,804.40 | 0.00 | 377.79 |
| 10 | State Bank & Trust Company | 715,085.82 | 0.00 | 7,761.92 |
| 11 | American Express Bank FSB | 14,821.19 | 0.00 | 160.88 |
| 12 | Ameris Bank | 1,348,934.17 | 0.00 | 14,642.05 |
| 13 | American Express Bank FSB | 11,990.63 | 0.00 | 130.15 |

| | Total to be paid for timely general unsecured claims: | $ | 103,471.41 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**