# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

In re: SHARMA, RAJESHWAR D.   §   Case No. 14-67619-WLH
                              §
                              §
Debtor(s)                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Edwin K. Palmer, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

75 Ted Turner Drive, SW
Room 1340
Atlanta, GA  30303

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least three business days before the hearing. The address of the Clerk's Office is: 75 Ted Turner Drive, SW, Room 1340, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Given the current public health crisis, hearings may be telephonic only. please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

A Hearing on any objection to the Final Report has been scheduled for Thursday, March 4, 2021, at 10:30 a.m. in Courtroom 1403 United States Courthouse, 75 Ted Turner Drive, SW,

**UST Form 101-7-NFR (10/1/2010)**

Atlanta, GA 30303.  If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/14/2021     By:  /s/ Edwin K. Palmer
                                                            Trustee, Bar No.: 560100

Edwin K. Palmer
P.O Box 1284
Decatur, GA  30031
(404) 479-4450

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re: SHARMA, RAJESHWAR D. § Case No. 14-67619-WLH
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 175,000.00 |
| *and approved disbursements of* | $ 2,114.59 |
| *leaving a balance on hand of* [1] | $ 172,885.41 |
| **Balance on hand:** | $ 172,885.41 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | BB&T, Bankruptcy Section | 455,065.53 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 172,885.41 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Edwin K. Palmer | 12,000.00 | 0.00 | 12,000.00 |
| Trustee, Expenses - Edwin K. Palmer | 366.45 | 0.00 | 366.45 |
| Attorney for Trustee, Fees - Arnall, Golden, Gregory, LLP | 52,106.50 | 0.00 | 52,106.50 |
| Attorney for Trustee, Expenses - Arnall, Golden, Gregory, LLP | 219.22 | 0.00 | 219.22 |
| Accountant for Trustee, Fees - Spence Shumway | 4,207.50 | 0.00 | 4,207.50 |
| Accountant for Trustee, Expenses - Spence Shumway | 164.33 | 0.00 | 164.33 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 69,414.00 |
| Remaining balance: | $ 103,471.41 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 103,471.41

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 103,471.41

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,532,577.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | BB&T, Bankruptcy Section | 100.00 | 0.00 | 1.10 |
| 3 | PYOD, LLC its successors and assigns as assignee | 5,650.85 | 0.00 | 61.35 |
| 4 -2 | Georgia Lottery Corporation (ADMINISTRATIVE) | 32,035.59 | 0.00 | 347.73 |
| 5 | Steven M. Mills, P.C. | 19,642.58 | 0.00 | 213.21 |
| 6 | Thompson, O'Brien, Kemp & Nasuti, P.C. | 8,304.81 | 0.00 | 90.14 |
| 7 -3 | Cumming Investments, Inc. | 7,340,836.31 | 0.00 | 79,681.06 |
| 8 | Sawnee EMC | 370.90 | 0.00 | 4.03 |
| 9 | American Express Centurion Bank | 34,804.40 | 0.00 | 377.79 |
| 10 | State Bank & Trust Company | 715,085.82 | 0.00 | 7,761.92 |

**UST Form 101-7-NFR (10/1/2010)**

Case 14-67619-wlh    Doc 105    Filed 02/14/21    Entered 02/14/21 11:27:33    Desc Main
Document    Page 5 of 6

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | American Express Bank FSB | 14,821.19 | 0.00 | 160.88 |
| 12 | Ameris Bank | 1,348,934.17 | 0.00 | 14,642.05 |
| 13 | American Express Bank FSB | 11,990.63 | 0.00 | 130.15 |

Total to be paid for timely general unsecured claims: $ 103,471.41
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Edwin K. Palmer
Trustee, Bar No.: 560100

Edwin K. Palmer
P.O Box 1284
Decatur, GA  30031
(404) 479-4450

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**