IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| RAJESHWAR D. SHARMA, | * | CASE NO. 14-67619 |
| Debtor. | * | |
| | * | JUDGE WENDY L. HAGENAU |

_____

## WITHDRAWAL OF PROOF OF CLAIM NUMBER 4
## FILED BY THE GEORGIA LOTTERY CORPORATION

COMES NOW, the Georgia Lottery Corporation, by and through counsel, Christopher M. Carr, Attorney General for the State of Georgia, and withdraws Proof of Claim Number 4, filed on June 8, 2016 and amended on September 25, 2020, since the Claim has been satisfied.

Respectfully submitted, this 24th day of February, 2021.

| | |
|---|---|
| CHRISTOPHER M. CARR | 112505 |
| Attorney General | |
| | |
| JULIE ADAMS JACOBS | 003595 |
| Deputy Attorney General | |
| | |
| LOGAN WINKLES | 136906 |
| Assistant Attorney General | |
| | |
| /s/ Whitney Groff_____ | |
| WHITNEY GROFF | 738079 |
| Assistant Attorney General | |

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
WHITNEY GROFF
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Telephone: (404) 656-3338
Fax: (404) 657-3239
wgroff@law.ga.gov

## **CERTIFICATE OF SERVICE**

I certify that I am over the age of 18 and that on the date written below a copy of the foregoing *Georgia Lottery Corporation Withdrawal of Proof of Claim Number 4* was served by email or by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

**The following parties and/or registered users have been served via CM/ECF:**

M. Denise Dotson, Attorney for the Debtor;

Edwin K. Palmer, Chapter 7 Trustee;

Shawna Staton, Attorney for the U. S. Trustee;

**The following parties have been served via U.S. Mail:**

Rajeshwar D. Sharma
12250 Meadows Lane
Alpharetta, GA 30005

Dated:  February 24, 2021                              /s/ Whitney Groff_____
                                                                              WHITNEY GROFF
                                                                              Assistant Attorney General

WHITNEY GROFF
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Telephone: (404) 656-3338
Fax: (404) 657-3239
wgroff@law.ga.gov